UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   HON. TERRENCE G. BERG
                            DISTRICT COURT NO. 17-20489
    Plaintiff

vs.

LARZETTA GRACE JOHNSON,

    Defendant.
_____/

**MOTION TO WITHDRAW**

Now comes Steven Scharg, attorney for Larzetta Johnson, Defendant in the above-entitled case, and in support of his Motion to Withdraw as Counsel, states as follow:

1. Defendant was charged in an Indictment with Count One: Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance (Heroin) pursuant to 21 U.S.C. 846, 841(a)(1), and 841(b)(1)(A)

2. Defendant is scheduled for a pretrial conference on June 11, 2020 and a jury trial on June 30, 2020.

3. That counsel and Defendant Johnson believe that there has been a breakdown of the attorney/client relationship which cannot be restored. Further, Defendant contends that counsel is ineffective as her attorney and hasn't had any communication with her.

4. As a result of Defendant's feelings, there is a breakdown of the attorney

1

client relationship and Counsel respectfully would request new counsel be appointed unless Defendant is able to retain her own counsel.

WHEREFORE, Counsel requests that this Honorable Court grant his Motion to Withdraw.

Respectfully submitted,

s/Steven Scharg
STEVEN SCHARG
Attorney for Defendant
615 Griswold, Suite 1125
Detroit, Michigan 48226
(313) 962-4090
Mi Bar No. P43732
Scharg1924@gmail.com

Dated:  March 18, 2020

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAWAL AS COUNSEL**

The Sixth Amendment affords Ms. Johnson the effective assistance of counsel. It requires counsel to adhere to the obligations of confidentiality, loyalty, and both professional and ethical conduct. Ms. Johnson is facing a lot of time if convicted of this offense and needs to believe her Counsel is effective. As a result, undersigned counsel requests that this Honorable Court grant this Motion to Withdraw.

Respectfully submitted,

s/Steven Scharg
STEVEN SCHARG
Attorney for Defendant
615 Griswold, Suite 1125
Detroit, Michigan 48226
(313) 962-4090
Mi Bar No. P43732
Scharg1924@gmail.com

Dated: March 18, 2020

3

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Andrea Hutting, AUSA, 211 W. Fort Street, #2001 Detroit, Michigan 48226 (313) 226-9100 andrea.hutting@usdoj.gov

I hereby certify that on March 18, 2020, I mailed the foregoing Motion to Withdraw by U.S. Mail to Defendant, Larzetta Johnson, 6983 Roswell Road, #G, Atlanta, Georgia 30328 and by email at lgjohnson90@gmail.com.